FILED

10/07/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0241

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0241

TERRY SULLIVAN,

      Petitioner and Appellant,

v.

STATE OF MONTANA,

      Respondent and Appellee.

## ORDER ON UNOPPOSED MOTION TO SUPPLEMENT THE RECORD

Upon consideration of Appellee's unopposed motion to file the record from Appellant's district court and municipal criminal proceedings into this postconviction proceeding, and good cause appearing therefore:

IT IS HEREBY ORDERED that the Clerk of the Montana Supreme Court shall file in this matter, DA 24-0241, the district court record from Sullivan's underlying criminal proceeding in DA 18-0451.

IT IS FURTHER ORDERED that the Clerk of the Missoula Municipal Court shall transmit the 6 municipal court disks from Sullivan's municipal court trial in Cause No. CR-16-1045 to the Clerk of the Montana Supreme Court, and the disks shall thereafter be filed in this matter, DA 24-0241.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 5 2024